In the Matter of PAULA NELSON, Appellant, v CITY OF NEW YORK, Respondent, and ANDES TOWN BOARD et al., Respondents.

Submitted January 5, 2015; decided February 19, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 909 (2014)].

Judges STEIN and FAHEY taking no part.

KHANH T. NGUYEN, Appellant, v NEMET MOTORS, Respondent.

Submitted January 12, 2015; decided February 19, 2015

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 1038 (2014)].

Judges STEIN and FAHEY taking no part.

In the Matter of NIKOLE S., Respondent, v JORDAN W., Appellant, et al., Respondents.

Submitted January 20, 2015; decided February 19, 2015

Motion for leave to appeal dismissed upon the ground that appellant, having taken no appeal to the Appellate Division, may not appeal to the Court of Appeals from the Appellate Division order of affirmance.

Judges STEIN and FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COSTANDINO ARGYRIS, Appellant.

Submitted January 12, 2015; decided February 19, 2015

Motion for reargument denied [*see* 24 NY3d 1138 (2014)].

Judges STEIN and FAHEY taking no part.